# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Brenna O'Brien, | Case No. 2:17-cv-02801-JAD-DJA |
| Plaintiff v. | **Order Adopting Report and Recommendation and Dismissing Case** |
| Wynn Las Vegas, LLC, | |
| Defendant | [ECF No. 9] |

Brenna O'Brien brings this action against her former employer, Wynn Las Vegas, LLC, for defamation, intentional infliction of emotional distress, and negligence. Because she was granted *in forma pauperis* status, the court screened her complaint; upon doing so, it dismissed her complaint with a detailed explanation of its deficiencies and gave O'Brien leave to amend.[1] Though O'Brien filed an amended complaint,[2] it lacks allegations that would invoke this court's limited, federal jurisdiction; indeed, its allegations demonstrate that this court lacks jurisdiction to resolve O'Brien's claims. So Magistrate Judge Albregts recommends that I dismiss this action with prejudice. The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 9] is ADOPTED** in full;

---

[1] ECF No. 4.

[2] ECF No. 8.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED THAT this case is dismissed for lack of subject-matter jurisdiction. The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: January 3, 2020

_____
U.S. District Judge Jennifer A. Dorsey